IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAVIER ANTONIO CHIRINO MORENO, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 10-cv-434 |
| | § | |
| v. | § | Jury Demanded |
| | § | |
| GENTER'S DETAILING INC. dba | § | |
| GENTER'S AUTO DETAILING INC. AND | § | |
| ROGER GENTER | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, Javier Antonio Chirino Moreno ("Plaintiff"), brings this cause to recover unpaid overtime wages from Defendants Genter's Detailing Inc. dba Genter's Auto Detailing, Inc. and Roger Genter ("Defendants") and respectfully show the Court as follows:

### I.    Nature of Suit

1.    Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 200 *et seq* by failing to compensate Plaintiffs at time and one half his regular rate for hours worked in excess of forty hours per week.  Accordingly, Plaintiff brings this action to recover unpaid overtime compensation under Section 216(b) of the FLSA.

### II.    The Parties

2.    Plaintiff Javier Antonio Chirino Moreno is a resident of Dallas County, Texas.

3.    Defendant Genter's Detailing Inc. dba Genter's Auto Detailing, Inc. is a corporation organized under the laws of the State of Texas with its principal place of business located at 3812 Landsdowne Drive, McKinney, Texas 75050.  Genter's Detailing can be served

with process by serving its registered agent Roger Genter at 3812 Landsdowne Drive, McKinney, Texas 75050.

4.  Defendant Roger Genter an individual, is the President of Genter's Detailing who resides in Texas, and whose primary place of business is located at 3812 Landsdowne Drive, McKinney, Texas 75050 and is an employer within the meaning of the FLSA, as he acts directly or indirectly in the interest of Genter's Detailing, in relation to Plaintiff, and has economic and operational control over Genter's Detailing and its business in Texas.  Defendant Genter may be served by serving him at 3812 Landsdowne Drive, McKinney, Texas 75050.

### III.   Jurisdiction

5.  The Court has jurisdiction over the subject matter of this action under 29 U.S.C. § 216(b).

6.  Plaintiff's claims arise under Section 6(a), 7(a)(1), 15 and 16 of the FLSA.  29 U.S.C. §§ 206(a), 207(a)(1), 215 and 216.  In connection with the acts and courses of conduct alleged herein, Plaintiff engaged in commerce or in the production of goods for commerce. Further, Defendants are employers who engage in commerce or the production of goods for commerce and, are therefore, governed by the FLSA.

### IV.   Venue

7.  Venue is appropriate in the United States District Court for the Northern District of Texas, Dallas Division, because Defendants have significant contacts with this district and the events that give rise to this cause of action occurred in this district.

### V.   Defendants Are Covered by FLSA

8.  Defendants are employers within the meaning of § 3(d) of the FLSA, 29 U.S.C. § 203(d).

9.      At all material times, Defendants have been an enterprise within the meaning of §

3(r) of the FLSA, 29 U.S.C. 203(r).

10.      At all material times, Defendants have been an enterprise engaged in commerce

or in the production of goods for commerce within the meaning of § (s)(1) of the FLSA, 29

U.S.C. § 203(s)(1) because they have had employees engaged in commerce or in the production

of goods for commerce, or have employees that handle, sell, or otherwise work on goods or

materials that have been moved in or produced for commerce by any person and Defendants are

an enterprise whose annual gross sales made or business done is not less than $500,000.00

(exclusive of excise taxes at the retail level that are separately stated).  29 U.S.C. § 203(s)(1).

11.      At all material times, Plaintiff was an individual employee who was engaged in

commerce or in the production of goods for commerce as required by 29 U.S.C. §§ 206-207.

## VI.      Facts

**A.      Factual Background**

12.      Genter's Detailing employs laborers to provide make ready services at car

dealerships in Dallas, Denton, Plano, Lewisville, Carrollton, Grapevine, Garland, and McKinney,

Texas.  Genter's Detailing pays its make ready laborers an hourly rate for all hours that they

work.  Genter's Detailing does not pay its employees overtime for the hours that they work over

forty hours per week.

13.      No exemption excuses Defendants from paying Plaintiff at a rate of time and one-

half for the hours that he worked over forty (40) hours per week nor have Defendants made a

good faith effort to comply with the FLSA.  Rather, Defendants knowingly, willfully or with

reckless disregard carried out their illegal pattern or practice of failing to pay time and a half for

hours worked in excess of forty (40) hours per week.

## VII.      Causes of Action

### A.      Violation of FLSA—Failure to Pay Overtime

14.      Plaintiff incorporates herein by reference all allegations contained in the above paragraphs.

15.      Defendants violated the provisions of Section 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207, 215(a)(2), by employing Plaintiff for workweeks longer than 40 hours, without compensating them for their employment in excess of 40 hours in such work weeks at rates not less than one and one-half the regular rates at which they were employed.

16.      Defendants did not adequately keep track of Plaintiff's work hours, even though Plaintiff was a non-exempt employees for overtime purposes as outlined under the FLSA.

17.      Plaintiff has been damaged by these violations of 29 U.S.C. 207(a).

18.      Defendants' violations of U.S.C. 207(a) were repeated, willful and intentional.

19.      Defendants violated the monetary provisions of the FLSA, as alleged herein and as a result, Plaintiff is entitled to recover unpaid overtime compensation and an equal amount  in liquidated damages under Section 16(c) of the FLSA, 29 U.S.C. § 216(c).

20.      Plaintiff is also entitled to recover their reasonable attorneys' fees and costs of this action as, provided by Section 15 of the Act, 29 U.S.C. § 215(b).

## XIII.   Demand for Jury Trial

21.      Plaintiff asserts his right under the Seventh Amendment to the United States Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

## IX.    Prayer

22.    Wherefore, Plaintiff respectfully requests judgment to be entered in their favor and that the Court enter an order:

      a.    Finding Defendants liable for overtime compensation found by the Court to be due Plaintiffs;

      b.    Finding Defendants liable for an equal amount as liquidated damages;

      c.    Reasonable attorneys' fees, costs, and expenses of this action; and

      d.    Such other and further relief as may be allowed at law and in equity.

Respectfully submitted,

s/Maricela Siewczynski
Maricela Siewczynski
Texas Bar No. 24032753

Siewczynski Law Firm PLLC
6318 Gaston Avenue, Ste. 201
Dallas, Texas 75214
Telephone: (214) 634-9990
Facsimile:  (214) 634-9991
Electronic mail:  maricela@texemploymentlaw.com

Counsel for Plaintiff

%JS 44 (TXND Rev. 2/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Javier Antonio Chirino Moreno

## DEFENDANTS
Genter's Detailing Inc. dba Genter's Auto Detailing Inc. and Roger Genter

**(b)** County of Residence of First Listed Plaintiff   Dallas
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Collin
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Maricela Siewczynski, Siewczynski Law Firm PLLC
6318 Gaston Avenue, Ste. 201 Dallas, Texas 75214 214-634-9990

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | ☐ 365 Personal Injury - Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | **PERSONAL PROPERTY** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 370 Other Fraud | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 371 Truth in Lending | **CIVIL RIGHTS** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 380 Other Personal Property Damage | ☐ 441 Voting | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 385 Property Damage Product Liability | ☐ 442 Employment | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 443 Housing/ Accommodations | | |
| | **CIVIL RIGHTS** | ☐ 444 Welfare | | |
| | ☐ 441 Voting | ☐ 445 Amer. w/Disabilities - Employment | | |
| | ☐ 442 Employment | ☐ 446 Amer. w/Disabilities - Other | | |
| | ☐ 443 Housing/ Accommodations | ☐ 440 Other Civil Rights | | |
| | **PRISONER PETITIONS** | **IMMIGRATION** | | |
| | ☐ 510 Motions to Vacate Sentence | ☐ 462 Naturalization Application | | |
| | **Habeas Corpus:** | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 530 General | ☐ 465 Other Immigration Actions | | |
| | ☐ 535 Death Penalty | | | |
| | ☐ 540 Mandamus & Other | | | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 USC 201 et seq

Brief description of cause:
Fair Labor Standards Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S)   (See instructions)
PENDING OR CLOSED:

JUDGE _____   DOCKET NUMBER _____

DATE
03/03/2010

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____