IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAVIER ANTONIO CHIRINO MORENO and MARLON ANTONIO MANZANARES OSORIO, <br><br>　　Plaintiffs, <br><br>v. <br><br>GENTER'S DETAILING INC. dba GENTER'S AUTO DETAILING INC. and ROGER GENTER, <br><br>　　Defendants. | § § § § § § § § § § § § § | Civil Action No. 10-cv-434 <br><br> Jury Demanded |

## PLAINTIFF'S AMENDED CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rules 3.1(c), Plaintiffs Javier Antonio Chirino Moreno and Marlo Antonio Manzanaras Osorio provides the following information:

1.　The name(s) of Plaintiff's parent corporation and any publicly held corporation that own 10% or more of its stock (if none, state "None"):  None

2.　A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

　　Javier Antonio Chirino Moreno

　　Marlo Antonio Manzanaras Osorio

　　Farrow-Gillespie & Heath LLP

Respectfully submitted,

s/Maricela Siewczynski
Maricela Siewczynski
Texas Bar No. 24032753
Farrow-Gillespie & Heath LLP
1700 Pacific Avenue, Suite 2640
Dallas, TX 75201
214-361-5600
214-661-6951 fax
maricela@fghlaw.net

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

On November 8, 2010, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/Maricela Siewczynski
Maricela Siewczynski